UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-23682-KMW

ANDRES GOMEZ,

    Plaintiff,

v.

DADELAND DODGE, INC.,

    Defendant.

_____/

**NOTICE OF FILING PLAINTIFF'S UPDATED EXPERT REPORT IN SUPPORT OF PLANTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, ANDRES GOMEZ, by and through his undersigned counsel, hereby files the attached updated Website Analysis Report in Support of Plaintiff's Response in Opposition of Defendant's Motion to Dismiss [D.E. 12].

    Dated: February 21st, 2020.

    Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 21st day of February 2020.

        Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451